834

NIESCHLAG & CO., Inc., Appellant, v. ATLANTIC MUTUAL INSURANCE COMPANY, Appellee.

No. 181.

Circuit Court of Appeals, Second Circuit.

Feb. 14, 1942.

Harold T. Edwards and Edwards & Smith, all of New York City (Edwin W. Patterson and Charles A. Ellis, both of New York City, of counsel), for appellant.

J. M. Richardson Lyeth and Maclay, Lyeth & Williams, all of New York City (Mark W. Maclay and Robert L. Fay, both of New York City, of counsel), for appellee.

Gustave Simons, of New York City, (Theodore E. Wolcott, of New York City, of counsel), for Curacao Trading Co. Inc., amicus curiae.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Judgment, 43 F.Supp. 797, affirmed on opinion below.

George B. DIZIK, Florence Dizik, His Wife, Joan P. Dizik and Burton Dizik, Their Children, Appellants, v. NEW YORK LIFE INSURANCE COMPANY, Appellee.

No. 8873.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1942.

Wm. Henry Gallagher, of Detroit, Mich., for appellants.

Armstrong, Weadock, Essery & Helm, of Detroit, Mich., for appellee.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, upon consideration whereof the court finds no reason to disagree with the findings of fact of the District Court. It is therefore ordered and adjudged that the decree appealed from be and the same is in all things affirmed upon the authority of Connecticut General Life Insurance Co. v. McClellan, 6 Cir., 94 F.2d 445.